**UNITED STATES of America ex rel. CHIN SAM, Next Friend of Chin Wah, Relator-Appellant, v. COMMISSIONER OF IMMIGRATION AT THE PORT OF NEW YORK et al., Respondents-Appellees.**

No. 453.

Circuit Court of Appeals, Second Circuit.

July 6, 1937.

James C. Thomas, of New York City, for appellant.

Lamar Hardy, U. S. Atty., of New York City (Charles J. Nager, Asst. U. S. Atty., of New York City, of counsel), for appellees.

Before MANTON, L. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Order affirmed.